**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:18-cv-05401-MKB-PK
                                Plaintiff,                       :
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
24.239.146.151,                                                  :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.239.146.151, are voluntarily dismissed with prejudice.

Dated: March 20, 2019              Respectfully submitted,

                                                      **FOX ROTHSCHILD, LLP**

                                                      By:  /s/ *Shireen Nasir*
                                                           Shireen Nasir, Esq.
                                                           snasir@foxrothschild.com
                                                           101 Park Avenue
                                                           17th Floor
                                                           New York NY 10178
                                                           Tel.: (212) 878-7900
                                                           Fax: (212) 692-0940
                                                           www.foxrothschild.com
                                                           *Attorneys for Plaintiff*